**Information to identify the case:**

| | |
|---|---|
| Debtor 1: Julio Gonzalez (First Name  Middle Name  Last Name) | Social Security number or ITIN  xxx–xx–7620<br>EIN __–_____ |
| Debtor 2 (Spouse, if filing): First Name  Middle Name  Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court  District of New Jersey | |
| Case number: 21-18023-ABA | |

# Order of Discharge                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Julio Gonzalez

1/14/22                                                                  **By the court:**  Andrew B. Altenburg Jr.
                                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Julio Gonzalez  
    Debtor

Case No. 21-18023-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 14, 2022      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julio Gonzalez, 6 Buckingham Court, Sewell, NJ 08080-3234 |
| 519330549 | ++++ | ASHLEY M. PASCUZZI, ESQUIRE, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2538, JERSEY CITY NJ 07311 address filed with court:, Ashley M. Pascuzzi, Esquire, Gross Polowy, LLC, 2500 Plaza 5, Suite 2538, Jersey City, NJ 07311 |
| 519330548 | | Apex Asset Mgmt., PO Box 5407, Lancaster, PA 17606-5407 |
| 519330551 | + | AtlantiCare, 310 Chris Gaupp Drive, Suite 102, Galloway, NJ 08205-4461 |
| 519330553 | + | Cardiovascula Assc. of Del Valley, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 519330554 | + | Dr. Anna K. Park, DMD, LLC, 50 N. Main St, Mullica Hill, NJ 08062-9409 |
| 519330555 | + | Infinite Endodontics, 432 Ganttown Road #103, Sewell, NJ 08080-1895 |
| 519330556 | + | Inspira Health Network, PO Box 48274, Newark, NJ 07101-8474 |
| 519330558 | + | Lee S. Dennison, PC, 231 High Street, Mount Holly, NJ 08060-1450 |
| 519330561 | + | Persante Continuing Care, 200 E. Park Drive, Suite 600, Mount Laurel, NJ 08054-1297 |
| 519330562 | | Quality Asset Recovery, LLC, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 519330563 | | Regional Orthopedic PA, PO Box 8566, Cherry Hill, NJ 08002-0566 |
| 519330564 | + | Robert J. Malloy, Esquire, 2 N. Maple Avenue, Marlton, NJ 08053-3008 |
| 519330568 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519330569 | + | Youngblood Sampoli & Coombs, PA, Cornerstone Commerce Center, 1201 New Road, Suite 230, Linwood, NJ 08221-1154 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519330550 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 14 2022 20:37:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Penns Grove, NJ 08069-3600 |
| 519330552 | + | Email/Text: bankruptcy@usecapital.com | Jan 14 2022 20:38:00 | Capital Accounts, LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 519330557 | | EDI: IRS.COM | Jan 15 2022 01:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519330559 | + | EDI: AISMIDFIRST | Jan 15 2022 01:33:00 | MidFirst Bank, 999 N.W. Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 519330560 | | EDI: AISMIDFIRST | Jan 15 2022 01:33:00 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 519330565 | + | EDI: DRIV.COM | Jan 15 2022 01:33:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519330566 | + | Email/Text: asmith@marcuslaw.net | Jan 14 2022 20:38:00 | Scott Marcus & Associates, 121 Johnson Road #2, Blackwood, NJ 08012-1758 |

Case 21-18023-ABA    Doc 10    Filed 01/16/22    Entered 01/17/22 00:15:51    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2022 | Form ID: 318 | Total Noticed: 25 |

| 519330567 | Email/Text: courts@southjerseyfcu.com | Jan 14 2022 20:37:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
|---|---|---|---|

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2022           Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

**Name** — **Email Address**

Denise E. Carlon
on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Maureen P. Steady
trustee@kurtzmansteady.com
mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com

Richard S. Hoffman, Jr.
on behalf of Debtor Julio Gonzalez rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4